IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CRUZ AJQUI IXTOS, DOMINGO CUX COTIY, FRANCISCO GUARCHAJ, ISAIAS LOPEZ, MELESIO CHOX GUARCHAJ, VICTOR PASCUAL**, individually and on behalf of all others similarly situated. <br><br> *Plaintiffs*, <br><br> v. <br><br> **RICE AND NOODLES INC. D/B/A PHO HOUSE BAYTOWN** <br><br> *Defendant*. | **CIVIL ACTION NO.: 4:21-cv-1546** <br><br> **JURY DEMANDED** |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Cruz Ajqui Ixtos, Domingo Cux Cotiy, Francisco Guarchaj, Isaias Lopez, Melesio Chox Guarchaj, and Victor Pascual (collectively, "Plaintiffs") individually and on behalf of all others similarly situated file this collective action against Rice and Noodles Inc d/b/a Pho House Baytown and "Timmy" (Last Name Unknown) (collectively, "Defendants") to recover unpaid minimum and overtime wages as well as other damages. In support thereof, Plaintiffs would respectfully show the Court as follows:

# I.
## NATURE OF CLAIMS

1. This is a collective action filed under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. ("the FLSA") to correct unlawful employment practices, including Defendants' failure to abide by wage and hour laws. This collective action seeks to recover unpaid minimum and overtime wages and other damages owed by Defendants to its current and former employees. This collective action also seeks to recover damages for Defendants' retaliation against its current and former employees for engaging in conduct protected by the FLSA.

# II.
## JURISDICTION AND VENUE

2. Plaintiffs' claims arise under the FLSA. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3. Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b)(1) because Defendants reside in the Houston Division of the Southern District of Texas.

# III.
## THE PARTIES

4. Plaintiffs reside in Harris County, Texas. In performing their duties for Defendants, Plaintiffs are engaged in commerce or in the production of goods for commerce.

5. Defendant Rice and Noodles Inc d/b/a Pho House Baytown. is a Texas corporation and may be served with process by serving its registered agent, Michelle Tran at 1412 Bentlake Ln., Pearland, Texas, 77581.

6. Defendant "Timmy" is an individual and is Plaintiffs' employer within the meaning of the FLSA.

## IV.
### FACTS

7. Defendants own and/or operate Pho House Baytown. and acted directly or indirectly in the interest of Rice and Noodles Inc. in relation to Plaintiffs.

8. Plaintiffs and similarly-situated employees are employed by Defendants to work in hourly-wage positions. They are not paid minimum wages. Further, Plaintiffs and similarly-situated employees are entitled to overtime wages at one and one-half times their regular rates of pay for all hours worked in excess of forty in a workweek. They regularly work over forty hours in a workweek but do not receive overtime wages. Defendants violate the FLSA by not paying Plaintiffs and similarly-situated employees overtime wages.

9. After Plaintiffs and similarly-situated employees complained about not receiving adequate wages, Defendants retaliated against them with termination of employment and displacing Plaintiffs from lodging. In doing so, Defendant violated the anti-retaliation provision of the FLSA.

10. Defendants have not made a good faith effort to comply with the FLSA. Defendants have knowingly, willfully, and/or with reckless disregard carried out an illegal pattern or practice regarding payment of wages to Plaintiffs.

## V.
### COLLECTIVE ACTION ALLEGATIONS

11. Plaintiffs reassert and incorporate by reference all of the above-numbered paragraphs.

12. Upon information and belief, many other workers employed by Defendants (collectively, the "Workers") over the last three years have been victimized by Defendants'

violations of the FLSA.

13. These employees should be notified of this action and given the chance to join pursuant to 29 U.S.C. § 216(b). The class is properly identified as follows:

> All persons who, at any time during the three years immediately preceding the filing of this lawsuit, worked at any business that was owned, operated, and/or acquired by Defendants, who were not paid at a rate of one and one-half times their regular rate for hours worked in excess of forty in a workweek.

## VI.
### CAUSES OF ACTION

14. Plaintiffs reassert and incorporate by reference all of the above-numbered paragraphs.

15. Defendants' practices of not paying Plaintiffs and similarly-situated employees at one and one-half times the regular rate of pay for all hours worked in excess of forty hours per each seven-day workweek and retaliating against them for engaging in protected conduct are direct violations of the FLSA.

16. As a result of Defendants' failure to comply with the FLSA, Plaintiffs and similarly-situated employees are entitled to unpaid minimum and overtime wages, liquidated damages in an amount equal to their unpaid minimum and overtime wages, and all reasonable attorneys' fees and costs incurred in this action.

## VIII.
### JURY DEMAND

17. Plaintiffs demand a jury on all issues to be tried in this matter and herein submit the jury fee.

## IX.
### PRAYER

For the reasons set forth above, Plaintiffs respectfully pray that Defendants be cited to appear and answer herein, and for the following relief:

    a.    that the Court enter an order allowing this action to proceed as a collective action under the FLSA and directing notice to the Workers;

    b.    judgment awarding Plaintiffs and the Workers all unpaid minimum and overtime wages, damages for retaliation, emotional distress and mental anguish, liquidated damages, and attorneys' fees and costs under the FLSA;

    c.    an award of pre-judgment and post-judgment interest on all amounts awarded at the highest rate allowable by law; and

    d.    all such other and further relief, at law or in equity, to which Plaintiffs and the Workers may show themselves to be justly entitled.

Respectfully submitted,

/s/ Alfonso Kennard, Jr.
Alfonso Kennard, Jr.
Texas Bar No. 24036888
Southern District Bar No: 713316
KENNARD LAW P.C.
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
(713) 742-0900 (main)
(832) 558-9412 (facsimile)
alfonso.kennard@kennardlaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

**OF COUNSEL FOR PLAINTIFFS:**
Cristabel Jimenez
Texas Bar No. 24096165
Southern District Bar No. 3644269
KENNARD LAW P.C.
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
(713) 742-0900 (main)
(832) 558-9412 (facsimile)
Cristabel.jimenez@kennardlaw.com