# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **CRUZ AJQUI IXTOS, DOMINGO** § | | |
| **CUX COTIY, FRANCISCO** § | | |
| **GUARCHAJ, ISAIAS LOPEZ,** § | | |
| **MELESIO CHOX GUARCHAJ,** § | | |
| **VICTOR PASCUAL** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | **CIVIL ACTION NO.: 4:21-cv-01546** | |
| § | | |
| **RICE AND NOODLES INC. D/B/A** § | | |
| **PHO HOUSE BAYTOWN** § | **JURY DEMANDED** | |
| *Defendant*. § | | |

## ORDER

**TO THE HONORABLE COURT:**

On this day, the Court considered Plaintiff Cruz Ajqui Ixtos et al.'s motion for Writ of Execution in the above-captioned matter. After reviewing the motion and the pleadings on file, the Court finds that the motion is well-taken and should be GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. The Plaintiff's Motion for Writ of Execution is GRANTED.
2. The Clerk of the Court is directed to issue a Writ of Execution for the enforcement and collection of the judgment entered against Defendant Rice and Noodles Inc., in the amount of **$91,522.08**, plus any applicable interest, costs, and fees.

**IT IS FURTHER ORDERED THAT:**

3. Plaintiff is authorized to take all necessary steps to enforce and collect the judgment in accordance with the applicable laws and procedures.

**SIGNED THIS \_\_\_ day of _____, 2024.**

_____
JUDGE